No. 970, Misc. WRIGHT *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1003, Misc. YOUNG *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 1015, Misc. HILL *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 1021, Misc. LUPO *v.* FAY, WARDEN. Court of Appeals of New York. Certiorari denied. *Maurice Edelbaum* for petitioner.

No. 1026, Misc. GORDON *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1027, Misc. MOORE *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 1030, Misc. KOENIG *v.* WILLINGHAM, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for respondent.

No. 1038, Misc. DOMANSKI *v.* CELEBREZZE, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 6th Cir. Certiorari denied. *Geo. W. Crockett, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *John C. Eldridge* for respondent.

No. 1053, Misc. MIZE *v.* CROUSE, WARDEN. Supreme Court of Kansas. Certiorari denied. Petitioner *pro se.* *William M. Ferguson,* Attorney General of Kansas, for respondent.